Slip Op. 17-51

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ALBEMARLE CORP., <br><br>                    Plaintiff, <br><br> and <br><br> NINGXIA HUAHUI ACTIVATED CARBON CO., LTD., <br><br>                    Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES, <br><br>                    Defendant, <br><br> and <br><br> CALGON CARBON (TIANJIN) CO., LTD., CALGON CARBON CORP. AND NORIT AMERICAS INC., <br><br>                    Defendant-Intervenors. | **Before: Timothy C. Stanceu, Chief Judge** <br><br> **Consol. Court No. 11-00451** |

## JUDGMENT

Before the court are the Final Results of Redetermination Pursuant to Court Remand (Oct. 14, 2016), ECF No. 135 ("Remand Redetermination"), which the International Trade Administration, U.S. Department of Commerce ("Commerce") issued in response to the court's Opinion and Order in *Albemarle Corp. v. United States*, __ CIT __, Slip Op. 16-84 (Sept. 7, 2016). Plaintiff Albemarle Corporation ("Albemarle") and plaintiff-intervenor Ningxia Huahui Activated Carbon Co., Ltd. ("Huahui") have commented in favor of the Remand Redetermination. Pl. Albemarle Corp. and Int.-Pl. Ningxia Huahui Activated Carbon Co., Ltd.—Comments on Final Results of Redeterm. pursuant to Ct. Remand (Oct. 27, 2016), ECF No. 137.

**Consol. Court No. 11-00451**                                                                                                **Page 2**

No other party submitted comments to the court on the Remand Redetermination. Defendant United States has filed a response in favor of the comment of Albemarle and Huahui. Def.'s Resp. to Comments regarding the Remand Redeterm. (Nov. 28, 2016), ECF No. 138.

The court's previous Opinion and Order was issued in response to the mandate of the U.S. Court of Appeals for the Federal Circuit ("Court of Appeals") in *Albemarle Corp. v. United States*, 821 F.3d 1345 (Fed. Cir. 2016). Pursuant to that mandate and the subsequent instructions of this court, Commerce, based on the *de minimis* and zero margins of the individually examined respondents, assigned Huahui a redetermined weighted average dumping margin of zero. *Remand Redetermination* 1, 7. The court determines that the Remand Redetermination complies with the mandate issue by the Court of Appeals and this court's instructions.

Therefore, upon consideration of the Remand Redetermination and all other papers and proceedings had herein, and upon due deliberation, it is hereby

**ORDERED** that the Remand Redetermination be, and hereby is, sustained; and it is further

**ORDERED** that entries of merchandise that are affected by this litigation shall be liquidated in accordance with the final court decision in this action.

/s/Timothy C. Stanceu  
Timothy C. Stanceu  
Chief Judge

Dated: April 27, 2017  
New York, NY